**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1865**

ALVINE CASSANDRA NONO FOTSO,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  April 14, 2022                           Decided:  February 21, 2023

Before GREGORY, Chief Judge, AGEE, Circuit Judge, and FLOYD, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

**ON BRIEF:** Godwill C. Tachi, TACHI LAW FIRM, LLC, Greenbelt, Maryland, for Petitioner.  Brian Boynton, Acting Assistant Attorney General, John S. Hogan, Assistant Director, Office of Immigration Litigation, Matthew A. Spurlock, Trial Attorney, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvine Cassandra Nono Fotso, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals (Board) denying her motion for reconsideration.  We have reviewed the administrative record and the Board's order and find no abuse of discretion.  8 C.F.R. § 1003.2(a), (b)(1) (2021).  Accordingly, we deny the petition for review.  *In re Nono Fotso*, (B.I.A. July 12, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*